**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-03429-REB-CBS

MARIE ACOSTA, individually and on behalf of others similarly situated,

    Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC.,

    Defendant.

---

### ORDER DISMISSING OPT-IN PLAINTIFF, PAUL J. ROBERTS, ONLY

---

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal of Opt-In Plaintiff Paul J. Roberts' Claims Against Defendant With Prejudice** [#63][1] filed May 22, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that the claims of opt-in plaintiff, Paul J. Roberts, against defendant, Healthcare Services Group, Inc., should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal of Opt-In Plaintiff Paul J. Roberts' Claims Against Defendant With Prejudice** [#63] filed May 22, 2014, is **APPROVED**; and

    2. That the claims of opt-in plaintiff, Paul J. Roberts, against defendant,

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Healthcare Services Group, Inc., are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs.

Dated May 22, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge