**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-03429-REB-CBS

MARIE ACOSTA, individually and on behalf of others similarly situated,

    Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC.,

    Defendant.

## ORDER RE: STIPULATION FOR DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal of Opt-In Plaintiff William R. Anderson's Claims Against Defendant With Prejudice** [#71][1] filed June 30, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that the claims of opt-in plaintiff, William R. Anderson, against defendant, Healthcare Services Group, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal of Opt-In Plaintiff William R. Anderson's Claims Against Defendant With Prejudice** [#71] filed June 30, 2014, is **APPROVED**; and

2. That the claims of opt-in plaintiff, William R. Anderson, against defendant,

---

[1] "[#71]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Healthcare Services Group, Inc., are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs.

Dated July 7, 2014, at Denver, Colorado.

                                       **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge