IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03429-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:  August 07, 2014 | Courtroom Deputy: Ellen E. Miller |

*Parties:*                                                                    *Counsel:*

MARIE ACOSTA,                                                  Robert E. DeRose, II

      Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC.          Steven W. Moore

      Defendant.

## COURTROOM MINUTES

**HEARING:  TELEPHONIC  MOTION  HEARING**
**Court in Session:**   9:05 a.m.
Court calls case.  Appearances of counsel. Also on the conference call, for Plaintiff, is attorney Shannon M. Draher.

Discussion is held regarding  Joint Motion for Stay of Case Pending Mediation and Amendment of the Scheduling Order to Extend Certain Deadlines [Docket No. 74].

**It is ORDERED:**     JOINT MOTION FOR STAY OF CASE PENDING MEDIATION AND AMENDMENT OF THE SCHEDULING ORDER TO EXTEND CERTAIN DEADLINES [Docket No. **74**, filed July 23, 2014] is **granted in part and denied in part.**

The Motion is DENIED as to that portion of the motion requesting a STAY.  The parties may mutually agree to suspend pretrial activities pending mediation if they wish, but no stay is entered.
The Motion is DENIED as to that portion requesting extension of the  Dispositive Motion Deadline.  The Deadline remains December 15, 2014.
The Motion is GRANTED as to that portion requesting extension of certain deadlines.

Designation of Expert Witnesses:
Deadline is extended from September 15, 2014 to **OCTOBER 30, 2014.**

Designation of Rebuttal Expert Witnesses:
Deadline is extended from October 15, 2014 to **DECEMBER 01, 2014**

Discovery Cut-off:
Deadline is extended from November 15, 2014 to **DECEMBER 30, 2014.**

Dispositive Motion Deadline  (including Defendant's Decertification Motion)
remains **DECEMBER 15, 2014.**

The Scheduling Order [Docket No. 39, filed March 21, 2014] is amended accordingly.


HEARING CONCLUDED.

**Court in recess**:    9:12 a.m.
Total time in court:     00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.