**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-03429-REB-CBS

MARIE ACOSTA, individually and on behalf of others similarly situated,

    Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC.,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

    The matter before me is the parties' **Joint Response to the Court's Order To Show Cause** [#84],[1] filed December 5, 2014.  The parties' response discharges their obligations under my **Order To Show Cause** [#83], filed November 21, 2014.  I will address the substantive issues raised by and inherent to the response by separate order.

    **THEREFORE, IT IS ORDERED** the **Order To Show Cause** [#84], filed November 21, 2014, is **DISCHARGED**.

    Dated December 12, 2014, at Denver, Colorado.

                                         **BY THE COURT:**

                                         Robert E. Blackburn
                                         United States District Judge

---

[1] "[#84]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and  electronic case filing system (CM/ECF). I use this convention throughout this order.