**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03429-REB-CBS

MARIE ACOSTA, individually and on behalf of others similarly situated,

    Plaintiff,

v.

HEALTHCARE SERVICES GROUP, INC.,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter is before me on the parties' **Joint Status Report** [#87],[1] filed December 15, 2014. In accordance with my **Order Approving Section 216(b) Settlement** [#86], filed December 12, 2014, the parties advise that the similar motions filed in two parallel cases pending in the United States District Court for the Northern District of Ohio have been granted, which effectuates the implementation of the terms of the parties' settlement agreement in this matter. Therefore, nothing remains to be done in this case, and the matter may be administratively closed.

    **THEREFORE, IT IS ORDERED** that under **D.C.COLO.LCivR** 41.2, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

---

[1] "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated December 16, 2014, at Denver, Colorado.

                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge